```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 17118
   DEBORAH A PUNDA
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0692


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/02/2005 and was confirmed 07/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  14.27% from remaining funds.

     The case was paid in full 09/18/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
GREATER SUBURBAN ACCEPTA  SECURED           8000.00          1087.84        8000.00
TEN MINUTE LOAN           UNSECURED         NOT FILED             .00            .00
A ALL FINANCIAL           UNSECURED         NOT FILED             .00            .00
AMS                       UNSECURED         NOT FILED             .00            .00
AT & T WIRELESS           UNSECURED         NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED OTH      867.21              .00         123.69
CITY OF CHICAGO PARKING   UNSECURED          360.00              .00          51.36
CITY OF CHICAGO           NOTICE ONLY       NOT FILED             .00            .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED             .00            .00
CPS                       UNSECURED          283.68              .00          40.47
ROUNDUP FUNDING LLC       UNSECURED         1562.38              .00         222.90
DIRECTV                   UNSECURED         NOT FILED             .00            .00
GREAT AMERICAN CASH ADVA  UNSECURED         NOT FILED             .00            .00
NICOR GAS                 UNSECURED         1695.91              .00         241.96
NORTHLAND GROUP           UNSECURED         NOT FILED             .00            .00
STATE FARM                UNSECURED         NOT FILED             .00            .00
ILLINOIS LENDING CORPORA  UNSECURED          742.16              .00         105.88
FIRST RESOLUTION INVES    UNSECURED         5314.95              .00         758.28
GREATER SUBURBAN ACCEPTA  UNSECURED         5220.54              .00         744.81
STEFANS STEFANS & STEFAN  DEBTOR ATTY       2,200.00                        2,200.00
TOM VAUGHN                TRUSTEE                                             822.81
DEBTOR REFUND             REFUND                                                 .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              14,400.00

PRIORITY                                       .00
SECURED                                   8,000.00
    INTEREST                              1,087.84

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 17118 DEBORAH A PUNDA
```

```
UNSECURED                                                    2,289.35
ADMINISTRATIVE                                               2,200.00
TRUSTEE COMPENSATION                                           822.81
DEBTOR REFUND                                                     .00
                                   ----------------   ----------------
TOTALS                                   14,400.00         14,400.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 12/22/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 17118 DEBORAH A PUNDA